UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE LEE CHANNER,

    Movant,

v.

    File No.  1:07-CV-58

    HON. ROBERT HOLMES BELL

UNITED STATES OF AMERICA,

    Respondent.
    _____/

## ORDER DENYING MOTION TO VACATE SENTENCE

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Movant Jamie Lee Channer's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, as supplemented by his reply, as amended, (Docket #'s 1, 15, 16 &17), is **DENIED**.

**IT IS FURTHER ORDERED** that Movant Jamie Lee Channer's motion for hearing (Docket # 4), motion to appoint counsel (Docket # 5), motion for psychiatric evaluation (Docket # 6), and motion to order transfer (Docket # 7), are **DENIED**.

Date:     July 20, 2007                 /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                     CHIEF UNITED STATES DISTRICT JUDGE